LEMAN W. TYLER, Appellant, *v.* VICTOR COOPER, Respondent.

(Argued December 8, 1890; decided January 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 17, 1888, which modified and affirmed as modified a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Watson M. Rodgers* for appellant.

*C. W. Thompson* for respondent.

Agree to affirm; no opinion.

All concur, except FOLLETT, Ch. J., and VANN, J., not sitting.

Judgment affirmed.

---

AMELIA M. ROBINSON, Apellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued December 12, 1890; decided January 14, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 27, 1887, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial without a jury.

*Arthur H. Ely* for appellant.

*William T. Gilbert* for respondent.

Agree to affirm; no opinion.

All concur, except HAIGHT, J., not sitting.

Judgment affirmed.